# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH LYNN JACKSON, <br><br> Plaintiff, <br><br> v. <br><br> USOPM/LEGAL RECONSIDERATION & APPEALS, <br><br> Defendant. | Case No. 1:19-cv-01452-DAD-EPG <br><br> **ORDER DENYING MOTION TO PROCEED *IN FORMA PAUPERIS*** <br><br> (ECF No. 2) |

Plaintiff, Deborah Lynn Jackson, proceeding *pro se*, has applied to proceed *in forma pauperis* ("IFP") in this action (ECF No. 2). Plaintiff's IFP application is incomplete. (*See id.*) For example, Plaintiff has failed to completely respond to the third question regarding whether she has received any money in the previous 12 months from the specified sources, if yes, the source and amount of the money received, and whether she expects to continue to receive that money; and has failed to completely respond to the fifth question by providing a description **and value** of real estate, automobiles, or any other thing of value she owns. Accordingly, the IFP application does not make the showing required to proceed IFP, *see* 28 U.S.C. § 1915(a), and the application will be denied without prejudice.

IT IS ORDERED:

1

1. Plaintiff's application to proceed *in forma pauperis* (ECF No. 2) is DENIED without prejudice.

2. Plaintiff must either submit a renewed *in forma pauperis* application, **with all information completed**, or pay the filing fee within **thirty (30) days** from the date of this order.

IT IS SO ORDERED.

Dated:  **October 17, 2019**                                    /s/ Erica P. Grosjean
                                                                                 UNITED STATES MAGISTRATE JUDGE