UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>USOPM/LEGAL RECONSIDERATION & APPEALS,<br><br>    Defendant. | Case No.: 1:19-cv-01452-DAD-EPG<br><br>ORDER DIRECTING SERVICE BY THE UNITED STATES MARSHAL WITHOUT PREPAYMENT OF COSTS |

Plaintiff, Debra Lynn Jackson, is proceeding *pro se* and *in forma pauperis* in this action. The Court previously found service of the Complaint appropriate. Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk of Court is directed to forward the following documents to the U.S. Marshal for defendant USOPM/Legal Reconsideration & Appeals:
   a. Three completed and issued summonses;
   b. Three completed USM-285 forms;
   c. Three copies of the Complaint filed on October 15, 2019 (ECF No. 1); and
   d. Three copies of this order;
2. The Clerk of Court is also directed to send the United States Marshal a copy of the Complaint filed on October 15, 2019, and a copy of this order for the United States Marshal.

3. The United States Marshal shall, within sixty (60) days of the date this order is entered:
   a) Serve the United States by
      (i) Delivering a copy of the summons and of the complaint to the United States attorney for the district where the action is brought (or to an assistant United States attorney or clerical employee whom the United States attorney designates in a writing filed with the court clerk) **or** send a copy of each by registered or certified mail to the civil-process clerk at the United States attorney's office, *see* Fed. R. Civ. P. 4(i)(1)(A); **and**
      (ii) Sending a copy of the summons and the complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C., *see* Fed. R. Civ. P. 4(i)(1)(B); **and**
   b) Serve the defendant, USOPM/Legal Reconsideration & Appeals, by sending a copy of the summons and of the complaint by registered or certified mail to USOPM/Legal Reconsideration & Appeals, *see* Fed. R. Civ. P. 4(i)(2).
4. Within ten days after service is effected, the United States Marshal shall file the return of service.

IT IS SO ORDERED.

Dated: **April 1, 2020**

/s/ Erin P. Gross
UNITED STATES MAGISTRATE JUDGE