1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA LYNN JACKSON,<br><br>Plaintiff,<br><br>v.<br><br>USOPM/LEGAL RECONSIDERATION & APPEALS,<br><br>Defendant. | Case No.  1:19-cv-01452-DAD-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 15) |

Plaintiff, Debra Lynn Jackson, and Defendant, USOPM/Legal Reconsideration & Appeals, have filed a stipulation to dismiss the entire action with prejudice (ECF No. 15). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **July 17, 2020**                          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28